# EXHIBIT 34

OMB No. 1513-0020 (01/31/2009)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| **TTB ID**<br>11360001000143 | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>**APPLICATION FOR AND**<br>**CERTIFICATION/EXEMPTION OF LABEL/BOTTLE**<br>**APPROVAL**<br>(See Instructions and Paperwork Reduction Act Notice on Back) |

| 1. REP. ID. NO. (If any) | CT<br>906 | OR<br>29 |
|---|---|---|

## PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)*<br>BR-MO-20000 | 3. SOURCE OF PRODUCT *(Required)*<br>☑ Domestic<br>☐ Imported | 8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL **(Required)**<br><br>ANHEUSER-BUSCH, LLC<br>1 BUSCH PL<br><br>SAINT LOUIS MO 63118<br><br>ANHEUSER-BUSCH (Used on label) |
|---|---|---|
| 4. SERIAL NUMBER *(Required)*<br>11BE02 | 5. TYPE OF PRODUCT *(Required)*<br>☐ WINE<br>☐ DISTILLED SPIRITS<br>☑ MALT BEVERAGE | |

| 6. BRAND NAME *(Required)*<br>BUD LIGHT LIME LIME-A-RITA | 8a. MAILING ADDRESS, IF DIFFERENT |
|---|---|
| 7. FANCIFUL NAME *(If any)*<br>LIME-A-RITA | |

| 9. EMAIL ADDRESS<br>ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM | 10. GRAPE VARIETAL(S) *(If any)* | 11. FORMULA<br><br>1155647 | 18. TYPE OF APPLICATION (Check applicable box(es)) |
|---|---|---|---|
| 12. NET CONTENTS<br>8 FL. OZ. | 13. ALCOHOL CONTENT<br>6.0 abv | 14. WINE APPELLATION IF ON LABEL | a. ☑ CERTIFICATE OF LABEL APPROVAL |
| 15. WINE VINTAGE DATE IF ON LABEL | 16. PHONE NUMBER<br>(314) 577-2693 | 17. FAX NUMBER<br>(314) 445-3766 | b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)<br><br>c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ___ ___ (Fill in amount)<br><br>d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____ |

19. SHOW ANY WORDING (a) APPEARING ON MATERIALS FIRMLY AFFIXED TO THE CONTAINER (e.g., caps, celoseals, corks, etc.) OTHER THAN THE LABLES AFFIXED BELOW, OR (b) BLOWN, BRANDED OR EMBOSSED ON THE CONTAINER (e.g., net contents etc.). THIS WORDING MUST BE NOTED HERE EVEN IF IT DUPLICATES PORTIONS OF THE LABELS AFFIXED BELOW. ALSO, PROVIDE TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS. FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL, IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES (ALCOHOL CONTENT, DEPOSIT LANGUAGE). ¿RETURNABLE¿ OR ¿NON-RETURNABLE¿ MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 12/26/2011 | (Application was e-filed) | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 01/12/2012 | *Kent B. Martin* |

## FOR TTB USE ONLY

| QUALIFICATIONS | EXPIRATION DATE (If any) |
|---|---|
| TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.<br>EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.<br>Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.<br><br>**STATUS**<br>THE STATUS IS APPROVED.<br><br>**CLASS/TYPE DESCRIPTION**<br>MALT BEVERAGES SPECIALTIES - FLAVORED | |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 7.19 inches W X 4.10 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020  (01/31/2009)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|

**FOR TTB USE ONLY**

**TTB ID**
12081001000517

| 1. REP. ID. NO. (If any) | CT | OR |
|---|---|---|
| | 906 | 29 |

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU

**APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL**

(See Instructions and Paperwork Reduction Act Notice on Back)

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**
BR-MO-20000

**3. SOURCE OF PRODUCT (Required)**
[x] Domestic
[ ] Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

ANHEUSER-BUSCH, LLC
1 BUSCH PL
SAINT LOUIS MO 63118

**4. SERIAL NUMBER (Required)**
12BE10

**5. TYPE OF PRODUCT (Required)**
[ ] WINE
[ ] DISTILLED SPIRITS
[x] MALT BEVERAGE

**6. BRAND NAME (Required)**
BUD LIGHT LIME LIME-A-RITA

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME (If any)**
LIME-A-RITA

**9. EMAIL ADDRESS**
ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) (If any)**

**11. FORMULA**
1155647

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. [x] CERTIFICATE OF LABEL APPROVAL

b. [ ] CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)

**12. NET CONTENTS**
8 FL. OZ.

**13. ALCOHOL CONTENT**
6.0 abv

**14. WINE APPELLATION IF ON LABEL**

c. [ ] DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount)

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**
(314) 577-2693

**17. FAX NUMBER**
(314) 445-3766

d. [ ] RESUBMISSION AFTER REJECTION TTB ID. NO. _____

19. SHOW ANY WORDING (a) APPEARING ON MATERIALS FIRMLY AFFIXED TO THE CONTAINER (e.g., caps, celoseals, corks, etc.) OTHER THAN THE LABLES AFFIXED BELOW, OR (b) BLOWN, BRANDED OR EMBOSSED ON THE CONTAINER (e.g., net contents etc.). THIS WORDING MUST BE NOTED HERE EVEN IF IT DUPLICATES PORTIONS OF THE LABELS AFFIXED BELOW. ALSO, PROVIDE TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL, IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES (ALCOHOL CONTENT, DEPOSIT LANGUAGE). ¿RETURNABLE¿ OR ¿NON-RETURNABLE¿ MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 03/21/2012 | (Application was e-filed) | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 03/28/2012 | *Kent B. Martin* |

## FOR TTB USE ONLY

**QUALIFICATIONS**

EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.
Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.
TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

MALT BEVERAGES SPECIALITIES - FLAVORED

**EXPIRATION DATE (If any)**

---

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 7.19 inches W X 4.10 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020  (01/31/2009)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |

**TTB ID**
12081001000514

### DEPARTMENT OF THE TREASURY
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU
## APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL
(See Instructions and Paperwork Reduction Act Notice on Back)

**1. REP. ID. NO. (If any)**

| CT | OR |
|---|---|
| 906 | 29 |

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**
BR-MO-20000

**3. SOURCE OF PRODUCT (Required)**
[x] Domestic
[ ] Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

**4. SERIAL NUMBER (Required)**
12BE09

**5. TYPE OF PRODUCT (Required)**
[ ] WINE
[ ] DISTILLED SPIRITS
[x] MALT BEVERAGE

**6. BRAND NAME (Required)**
BUD LIGHT LIME LIME-A-RITA

**7. FANCIFUL NAME (If any)**
LIME-A-RITA

**8a. MAILING ADDRESS, IF DIFFERENT**

**9. EMAIL ADDRESS**
ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) (If any)**

**11. FORMULA**
1155648

**12. NET CONTENTS**
8 FL. OZ.

**13. ALCOHOL CONTENT**
8.0 abv

**14. WINE APPELLATION IF ON LABEL**

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**
(314) 577-2693

**17. FAX NUMBER**
(314) 445-3766

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. [x] CERTIFICATE OF LABEL APPROVAL

b. [ ] CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL
"For sale in _____ only" (Fill in State abbreviation.)

c. [ ] DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount)

d. [ ] RESUBMISSION AFTER REJECTION TTB ID. NO. _____

19. SHOW ANY WORDING (a) APPEARING ON MATERIALS FIRMLY AFFIXED TO THE CONTAINER (e.g., caps, celoseals, corks, etc.) OTHER THAN THE LABLES AFFIXED BELOW, OR (b) BLOWN, BRANDED OR EMBOSSED ON THE CONTAINER (e.g., net contents etc.). THIS WORDING MUST BE NOTED HERE EVEN IF IT DUPLICATES PORTIONS OF THE LABELS AFFIXED BELOW. ALSO, PROVIDE TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS. FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL, IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES (ALCOHOL CONTENT, DEPOSIT LANGUAGE). ¿RETURNABLE¿ OR ¿NON-RETURNABLE¿ MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 03/21/2012 | (Application was e-filed) | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 03/28/2012 | *Kent B. Martin* |

## FOR TTB USE ONLY

**QUALIFICATIONS**

Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.
EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.
TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.

**EXPIRATION DATE (If any)**

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

MALT BEVERAGES SPECIALTIES - FLAVORED

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 7.19 inches W X 4.10 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020  (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| | **ALCOHOL AND TOBACCO TAX AND TRADE BUREAU** |

**TTB ID**

13186001000327

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU
## APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL
(See Instructions and Paperwork Reduction Act Notice on Back)

| 1. REP. ID. NO. (If any) | CT | OR |
|---|---|---|
| | 906 | 29 |

## PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)* | 3. SOURCE OF PRODUCT *(Required)* |
|---|---|
| BR-MO-20000 | ☑ Domestic<br>☐ Imported |

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL *(Required)***

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

ANHEUSER-BUSCH (Used on label)

| 4. SERIAL NUMBER *(Required)* | 5. TYPE OF PRODUCT *(Required)* |
|---|---|
| 13BE07 | ☐ WINE<br>☐ DISTILLED SPIRITS<br>☑ MALT BEVERAGE |

| 6. BRAND NAME *(Required)* | 8a. MAILING ADDRESS, IF DIFFERENT |
|---|---|
| BUD LIGHT LIME | |

**7. FANCIFUL NAME *(If any)***

LIME-A-RITA

| 9. EMAIL ADDRESS | 10. GRAPE VARIETAL(S) *(If any)* | 11. FORMULA | 18. TYPE OF APPLICATION (Check applicable box(es)) |
|---|---|---|---|
| ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM | | 1168288 | a. ☑ CERTIFICATE OF LABEL APPROVAL |
| **12. NET CONTENTS**<br>8 FL. OZ. | **13. ALCOHOL CONTENT**<br>6.0 | **14. WINE APPELLATION IF ON LABEL** | b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.) |
| **15. WINE VINTAGE DATE IF ON LABEL** | **16. PHONE NUMBER**<br>(314) 577-2693 | **17. FAX NUMBER**<br>(314) 445-3766 | c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ___ ___ (Fill in amount)<br>d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____ |

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES, SUCH AS, ALCOHOL CONTENT, DEPOSIT LANGUAGE, AND CONTAINS ALCOHOL MAY BE IMPRINTED ON THE LABEL OR OTHERWISE AFFIXED TO THE BOTTLE OR CAN. RETURNABLE OR NON-RETURNABLE MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 07/05/2013 | (Application was e-filed) | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 07/14/2013 | *Kent B. Martin* |

## FOR TTB USE ONLY

| QUALIFICATIONS | EXPIRATION DATE (If any) |
|---|---|
| TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.<br>EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.<br>Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.<br><br>**STATUS**<br>THE STATUS IS APPROVED.<br><br>**CLASS/TYPE DESCRIPTION**<br>MALT BEVERAGES SPECIALTIES - FLAVORED | |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 7.19 inches W X 4.10 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020  (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| **TTB ID**<br>13186001000331 | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>**APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL**<br>(See Instructions and Paperwork Reduction Act Notice on Back) |

**1. REP. ID. NO. (If any)**

| CT | OR |
|---|---|
| 906 | 29 |

## PART I - APPLICATION

| **2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**<br>BR-MO-20000 | **3. SOURCE OF PRODUCT (Required)**<br>☑ Domestic<br>☐ Imported | **8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**<br><br>ANHEUSER-BUSCH, LLC<br>1 BUSCH PL<br>SAINT LOUIS MO 63118<br>ANHEUSER-BUSCH (Used on label) |
|---|---|---|
| **4. SERIAL NUMBER (Required)**<br>13BE08 | **5. TYPE OF PRODUCT (Required)**<br>☐ WINE<br>☐ DISTILLED SPIRITS<br>☑ MALT BEVERAGE | |

| **6. BRAND NAME (Required)**<br>BUD LIGHT LIME | **8a. MAILING ADDRESS, IF DIFFERENT** |
|---|---|
| **7. FANCIFUL NAME (If any)**<br>LIME-A-RITA | |

| **9. EMAIL ADDRESS**<br>ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM | **10. GRAPE VARIETAL(S) (If any)** | **11. FORMULA**<br><br>1169392 | **18. TYPE OF APPLICATION (Check applicable box(es))** |
|---|---|---|---|
| **12. NET CONTENTS**<br>8 FL. OZ. | **13. ALCOHOL CONTENT**<br>8.0 | **14. WINE APPELLATION IF ON LABEL** | **a.** ☑ CERTIFICATE OF LABEL APPROVAL |
| **15. WINE VINTAGE DATE IF ON LABEL** | **16. PHONE NUMBER**<br>(314) 577-2693 | **17. FAX NUMBER**<br>(314) 445-3766 | **b.** ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL<br>"For sale in _____ only" (Fill in State abbreviation.)<br>**c.** ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ___ ___ (Fill in amount)<br>**d.** ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____ |

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES, SUCH AS, ALCOHOL CONTENT, DEPOSIT LANGUAGE, AND CONTAINS ALCOHOL MAY BE IMPRINTED ON THE LABEL OR OTHERWISE AFFIXED TO THE BOTTLE OR CAN. RETURNABLE OR NON-RETURNABLE MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 07/05/2013 | (Application was e-filed) | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 07/14/2013 | *Kent B. Martin* |

## FOR TTB USE ONLY

**QUALIFICATIONS**

Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.
EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.
TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

MALT BEVERAGES SPECIALTIES - FLAVORED

**EXPIRATION DATE (If any)**

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 7.19 inches W X 4.10 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020  (01/31/2009)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| **TTB ID** 12081001000496 | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU **APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL** (See Instructions and Paperwork Reduction Act Notice on Back) |

**1. REP. ID. NO. (If any)**

| CT | OR |
|---|---|
| 906 | 29 |

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**
BR-MO-20000

**3. SOURCE OF PRODUCT (Required)**
☑ Domestic
☐ Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

**4. SERIAL NUMBER (Required)**
12BE07

**5. TYPE OF PRODUCT (Required)**
☐ WINE
☐ DISTILLED SPIRITS
☑ MALT BEVERAGE

**6. BRAND NAME (Required)**
BUD LIGHT LIME LIME-A-RITA

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME (If any)**
LIME-A-RITA

**9. EMAIL ADDRESS**
ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) (If any)**

**11. FORMULA**
1155648

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. ☑ CERTIFICATE OF LABEL APPROVAL

**12. NET CONTENTS**
12 FL. OZ.

**13. ALCOHOL CONTENT**
8.0 abv

**14. WINE APPELLATION IF ON LABEL**

b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**
(314) 577-2693

**17. FAX NUMBER**
(314) 445-3766

c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ___ ____ (Fill in amount)

d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____

19. SHOW ANY WORDING (a) APPEARING ON MATERIALS FIRMLY AFFIXED TO THE CONTAINER (e.g., caps, celoseals, corks, etc.) OTHER THAN THE LABLES AFFIXED BELOW, OR (b) BLOWN, BRANDED OR EMBOSSED ON THE CONTAINER (e.g., net contents etc.). THIS WORDING MUST BE NOTED HERE EVEN IF IT DUPLICATES PORTIONS OF THE LABELS AFFIXED BELOW. ALSO, PROVIDE TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL, IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES (ALCOHOL CONTENT, DEPOSIT LANGUAGE). ¿RETURNABLE¿ OR ¿NON-RETURNABLE¿ MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 03/21/2012 | (Application was e-filed) | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 03/28/2012 | *Kent B. Martin* |

## FOR TTB USE ONLY

**QUALIFICATIONS**

TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.
EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.
Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

MALT BEVERAGES SPECIALITIES - FLAVORED

**EXPIRATION DATE (If any)**

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 8.16 inches W X 8.22 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020   (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| **TTB ID**<br>13124001000017 | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>**APPLICATION FOR AND<br>CERTIFICATION/EXEMPTION OF LABEL/BOTTLE<br>APPROVAL**<br>(See Instructions and Paperwork Reduction Act Notice on Back) |

| 1. REP. ID. NO. (If any) | CT<br>906 | OR<br>29 |
|---|---|---|

## PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)*<br>BR-MO-20000 | 3. SOURCE OF PRODUCT *(Required)*<br>☑ Domestic<br>☐ Imported | 8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL **(Required)**<br><br>ANHEUSER-BUSCH, LLC<br>1 BUSCH PL<br><br>SAINT LOUIS MO 63118<br><br>ANHEUSER-BUSCH (Used on label) |
|---|---|---|
| **4. SERIAL NUMBER *(Required)***<br>13BE03 | **5. TYPE OF PRODUCT *(Required)***<br>☐ WINE<br>☐ DISTILLED SPIRITS<br>☑ MALT BEVERAGE | |

| 6. BRAND NAME *(Required)*<br>BUD LIGHT LIME | 8a. MAILING ADDRESS, IF DIFFERENT |
|---|---|
| **7. FANCIFUL NAME *(If any)***<br>LIME-A-RITA | |

| 9. EMAIL ADDRESS<br>ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM | 10. GRAPE VARIETAL(S) *(If any)* | 11. FORMULA<br>1169392 | 18. TYPE OF APPLICATION<br>(Check applicable box(es))<br><br>a. ☑ CERTIFICATE OF LABEL APPROVAL |
|---|---|---|---|
| **12. NET CONTENTS**<br>1 PT. (16 FL. OZ.)<br>1 PT. 8 FL. OZ. (24 FL. OZ.) | **13. ALCOHOL CONTENT**<br>8.0 | **14. WINE APPELLATION IF ON LABEL** | b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL<br>"For sale in _____ only" (Fill in State abbreviation.) |
| **15. WINE VINTAGE DATE IF ON LABEL** | **16. PHONE NUMBER**<br>(314) 577-2693 | **17. FAX NUMBER**<br>(314) 445-3766 | c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount)<br><br>d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____ |

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES, SUCH AS, ALCOHOL CONTENT, DEPOSIT LANGUAGE, AND CONTAINS ALCOHOL MAY BE IMPRINTED ON THE LABEL OR OTHERWISE AFFIXED TO THE BOTTLE OR CAN. RETURNABLE OR NON-RETURNABLE MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 05/04/2013 | (Application was e-filed) | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 05/14/2013 | *Kent B. Martin* |

## FOR TTB USE ONLY

**QUALIFICATIONS**

EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.
Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.
TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

MALT BEVERAGES SPECIALITIES - FLAVORED

**EXPIRATION DATE (If any)**

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 8.31 inches W X 5.92 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020  (01/31/2009)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |

**TTB ID**

12088001000077

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU

# APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL

(See Instructions and Paperwork Reduction Act Notice on Back)

**1. REP. ID. NO. (If any)**

| CT | OR |
|---|---|
| 906 | 29 |

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**

BR-MO-20000

**3. SOURCE OF PRODUCT (Required)**

☑ Domestic

☐ Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

**4. SERIAL NUMBER (Required)**

12BE12

**5. TYPE OF PRODUCT (Required)**

☐ WINE

☐ DISTILLED SPIRITS

☑ MALT BEVERAGE

**6. BRAND NAME (Required)**

BUD LIGHT LIME LIME-A-RITA

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME (If any)**

LIME-A-RITA

**9. EMAIL ADDRESS**

ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) (If any)**

**11. FORMULA**

1155647

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. ☑ CERTIFICATE OF LABEL APPROVAL

**12. NET CONTENTS**

1 PINT 8 FL. OZ. (24 FL. OZ.)

**13. ALCOHOL CONTENT**

6.0 abv

**14. WINE APPELLATION IF ON LABEL**

b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**

(314) 577-2693

**17. FAX NUMBER**

(314) 445-3766

c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ___ ___ (Fill in amount)

d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____

19. SHOW ANY WORDING (a) APPEARING ON MATERIALS FIRMLY AFFIXED TO THE CONTAINER (e.g., caps, celoseals, corks, etc.) OTHER THAN THE LABLES AFFIXED BELOW, OR (b) BLOWN, BRANDED OR EMBOSSED ON THE CONTAINER (e.g., net contents etc.). THIS WORDING MUST BE NOTED HERE EVEN IF IT DUPLICATES PORTIONS OF THE LABELS AFFIXED BELOW. ALSO, PROVIDE TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS. FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL, IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES (ALCOHOL CONTENT, DEPOSIT LANGUAGE). ¿RETURNABLE¿ OR ¿NON-RETURNABLE¿ MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 03/28/2012 | (Application was e-filed) | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 04/04/2012 | *Kent B. Martin* |

## FOR TTB USE ONLY

**QUALIFICATIONS**

EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.
TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.
Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

MALT BEVERAGES SPECIALITIES - FLAVORED

**EXPIRATION DATE (If any)**

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 9.18 inches W X 7.35 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020 (01/31/2009)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| **TTB ID** 12088001000075 | **ALCOHOL AND TOBACCO TAX AND TRADE BUREAU** **APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL** (See Instructions and Paperwork Reduction Act Notice on Back) |

**1. REP. ID. NO. (If any)**

| CT | OR |
|---|---|
| 906 | 29 |

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**
BR-MO-20000

**3. SOURCE OF PRODUCT (Required)**
☑ Domestic
☐ Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

**4. SERIAL NUMBER (Required)**
12BE11

**5. TYPE OF PRODUCT (Required)**
☐ WINE
☐ DISTILLED SPIRITS
☑ MALT BEVERAGE

**6. BRAND NAME (Required)**
BUD LIGHT LIME LIME-A-RITA

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME (If any)**
LIME-A-RITA

**9. EMAIL ADDRESS**
ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) (If any)**

**11. FORMULA**
1155648

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. ☑ CERTIFICATE OF LABEL APPROVAL

**12. NET CONTENTS**
1 PINT 8 FL. OZ. (24 oz.)

**13. ALCOHOL CONTENT**
8.0 abv

**14. WINE APPELLATION IF ON LABEL**

b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**
(314) 577-2693

**17. FAX NUMBER**
(314) 445-3766

c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ___ ___ (Fill in amount)

d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____

19. SHOW ANY WORDING (a) APPEARING ON MATERIALS FIRMLY AFFIXED TO THE CONTAINER (e.g., caps, celoseals, corks, etc.) OTHER THAN THE LABLES AFFIXED BELOW, OR (b) BLOWN, BRANDED OR EMBOSSED ON THE CONTAINER (e.g., net contents etc.). THIS WORDING MUST BE NOTED HERE EVEN IF IT DUPLICATES PORTIONS OF THE LABELS AFFIXED BELOW. ALSO, PROVIDE TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS. FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL, IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES (ALCOHOL CONTENT, DEPOSIT LANGUAGE). ¿RETURNABLE¿ OR ¿NON-RETURNABLE¿ MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 03/28/2012 | (Application was e-filed) | ROSEMARY SCHWARTZ |

### PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 04/04/2012 | *Kent B. Martin* |

### FOR TTB USE ONLY

**QUALIFICATIONS**

TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.
EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.
Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

MALT BEVERAGES SPECIALITIES - FLAVORED

**EXPIRATION DATE (If any)**

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 9.18 inches W X 7.35 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020  (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU
# APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL
(See Instructions and Paperwork Reduction Act Notice on Back)

**TTB ID**
13076001000001

**1. REP. ID. NO. (If any)**

| CT | OR |
|---|---|
| 906 | 29 |

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**
BR-MO-20000

**3. SOURCE OF PRODUCT (Required)**
[x] Domestic
[ ] Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

ANHEUSER-BUSCH (Used on label)

**4. SERIAL NUMBER (Required)**
13BE01

**5. TYPE OF PRODUCT (Required)**
[ ] WINE
[ ] DISTILLED SPIRITS
[x] MALT BEVERAGE

**6. BRAND NAME (Required)**
BUD LIGHT LIME

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME (If any)**
LIME-A-RITA

**9. EMAIL ADDRESS**
ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) (If any)**

**11. FORMULA**
1168288

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. [x] CERTIFICATE OF LABEL APPROVAL

**12. NET CONTENTS**
1 PINT 9 FL. OZ. (25 FL. OZ.)

**13. ALCOHOL CONTENT**
6.0

**14. WINE APPELLATION IF ON LABEL**

b. [ ] CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL
"For sale in _____ only" (Fill in State abbreviation.)

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**
(314) 577-2693

**17. FAX NUMBER**
(314) 445-3766

c. [ ] DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount)

d. [ ] RESUBMISSION AFTER REJECTION TTB ID. NO. _____

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL, IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES (ALCOHOL CONTENT, DEPOSIT LANGUAGE). ¿RETURNABLE¿ OR ¿NON-RETURNABLE¿ MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

**21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT**

| 20. DATE OF APPLICATION | (Application was e-filed) | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 03/17/2013 | | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 03/28/2013 | *Kent B. Martin* |

## FOR TTB USE ONLY

**QUALIFICATIONS**

TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.
EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.
Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

MALT BEVERAGES SPECIALITIES - FLAVORED

**EXPIRATION DATE (If any)**

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 9.19 inches W X 7.52 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020  (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU

## APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL

(See Instructions and Paperwork Reduction Act Notice on Back)

**TTB ID**
13076001000002

**1. REP. ID. NO. (If any)**

| CT | OR |
|---|---|
| 906 | 29 |

### PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**
BR-MO-20000

**3. SOURCE OF PRODUCT (Required)**
☑ Domestic
☐ Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

ANHEUSER-BUSCH (Used on label)

**4. SERIAL NUMBER (Required)**
13BE02

**5. TYPE OF PRODUCT (Required)**
☐ WINE
☐ DISTILLED SPIRITS
☑ MALT BEVERAGE

**6. BRAND NAME (Required)**
BUD LIGHT LIME

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME (If any)**
LIME-A-RITA

**9. EMAIL ADDRESS**
ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) (If any)**

**11. FORMULA**
1169392

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. ☑ CERTIFICATE OF LABEL APPROVAL

**12. NET CONTENTS**
1 PINT 9 FL. OZ. (25 FL. OZ.)

**13. ALCOHOL CONTENT**
8.0

**14. WINE APPELLATION IF ON LABEL**

b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL
"For sale in _____ only" (Fill in State abbreviation.)

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**
(314) 577-2693

**17. FAX NUMBER**
(314) 445-3766

c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount)

d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL, IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES (ALCOHOL CONTENT, DEPOSIT LANGUAGE). ¿RETURNABLE¿ OR ¿NON-RETURNABLE¿ MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

### PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

**21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT**

| 20. DATE OF APPLICATION | (Application was e-filed) | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 03/17/2013 | | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 03/28/2013 | *Kent B. Martin* |

## FOR TTB USE ONLY

| QUALIFICATIONS | EXPIRATION DATE (If any) |
|---|---|
| TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.<br>EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.<br>Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.<br><br>**STATUS**<br>THE STATUS IS APPROVED.<br><br>**CLASS/TYPE DESCRIPTION**<br>MALT BEVERAGES SPECIALTIES - FLAVORED | |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 9.19 inches W X 7.52 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020  (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |

**TTB ID**
13186001000321

### DEPARTMENT OF THE TREASURY
### ALCOHOL AND TOBACCO TAX AND TRADE BUREAU
# APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL
(See Instructions and Paperwork Reduction Act Notice on Back)

**1. REP. ID. NO. (If any)**

| CT | OR |
|---|---|
| 906 | 29 |

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**
BR-MO-20000

**3. SOURCE OF PRODUCT (Required)**
☑ Domestic
☐ Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

ANHEUSER-BUSCH (Used on label)

**4. SERIAL NUMBER (Required)**
13BE05

**5. TYPE OF PRODUCT (Required)**
☐ WINE
☐ DISTILLED SPIRITS
☑ MALT BEVERAGE

**6. BRAND NAME (Required)**
BUD LIGHT LIME

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME (If any)**
LIME-A-RITA

**9. EMAIL ADDRESS**
ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) (If any)**

**11. FORMULA**
1168288

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. ☑ CERTIFICATE OF LABEL APPROVAL

**12. NET CONTENTS**
1 PINT 9 FL. OZ. (25 FL. OZ.)
1 PT. 8 FL. OZ. (24 FL. OZ.)
1 PT. (16 FL. OZ.)

**13. ALCOHOL CONTENT**
6.0

**14. WINE APPELLATION IF ON LABEL**

b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL
"For sale in _____ only" (Fill in State abbreviation.)

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**
(314) 577-2693

**17. FAX NUMBER**
(314) 445-3766

c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount)

d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____

**19.** SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES, SUCH AS, ALCOHOL CONTENT, DEPOSIT LANGUAGE, AND CONTAINS ALCOHOL MAY BE IMPRINTED ON THE LABEL OR OTHERWISE AFFIXED TO THE BOTTLE OR CAN. RETURNABLE OR NON-RETURNABLE MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and

complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 07/05/2013 | (Application was e-filed) | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 07/14/2013 | *Kent B. Martin* |

### FOR TTB USE ONLY

| QUALIFICATIONS | EXPIRATION DATE (If any) |
|---|---|
| Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1. EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING. TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.<br><br>**STATUS**<br>THE STATUS IS APPROVED.<br><br>**CLASS/TYPE DESCRIPTION**<br>MALT BEVERAGES SPECIALITIES - FLAVORED | |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 9.18 inches W X 7.51 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020 (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU

## APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL

(See Instructions and Paperwork Reduction Act Notice on Back)

**TTB ID**
13186001000325

**1. REP. ID. NO. (If any)**

| CT | OR |
|---|---|
| 906 | 29 |

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**
BR-MO-20000

**3. SOURCE OF PRODUCT (Required)**
☑ Domestic
☐ Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

ANHEUSER-BUSCH (Used on label)

**4. SERIAL NUMBER (Required)**
13BE06

**5. TYPE OF PRODUCT (Required)**
☐ WINE
☐ DISTILLED SPIRITS
☑ MALT BEVERAGE

**6. BRAND NAME (Required)**
BUD LIGHT LIME

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME (If any)**
LIME-A-RITA

**9. EMAIL ADDRESS**
ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) (If any)**

**11. FORMULA**
1169392

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. ☑ CERTIFICATE OF LABEL APPROVAL

**12. NET CONTENTS**
1 PINT 9 FL. OZ. (25 FL. OZ.)
1 PT. 8 FL. OZ. (24 FL. OZ.)
1 PT. (16 FL. OZ.)

**13. ALCOHOL CONTENT**
8.0

**14. WINE APPELLATION IF ON LABEL**

b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**
(314) 577-2693

**17. FAX NUMBER**
(314) 445-3766

c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE _____ _____ (Fill in amount)

d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES, SUCH AS, ALCOHOL CONTENT, DEPOSIT LANGUAGE, AND CONTAINS ALCOHOL MAY BE IMPRINTED ON THE LABEL OR OTHERWISE AFFIXED TO THE BOTTLE OR CAN. RETURNABLE OR NON-RETURNABLE MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and

complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION<br>07/05/2013 | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT<br>(Application was e-filed) | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT<br>ROSEMARY SCHWARTZ |
|---|---|---|

### PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED<br>07/14/2013 | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>*Kent B. Martin* |
|---|---|

### FOR TTB USE ONLY

**QUALIFICATIONS**

Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.
EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.
TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

MALT BEVERAGES SPECIALITIES - FLAVORED

**EXPIRATION DATE (If any)**

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 9.18 inches W X 7.51 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020  (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |

**TTB ID**

14149001000548

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU

## APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL

(See Instructions and Paperwork Reduction Act Notice on Back)

| 1. REP. ID. NO. (If any) | CT | OR |
|---|---|---|
| | 906 | 29 |

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)***

BR-MO-20000

**3. SOURCE OF PRODUCT *(Required)***

[x] Domestic

[ ] Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL *(Required)***

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

ANHEUSER-BUSCH (Used on label)

**4. SERIAL NUMBER *(Required)***

14BY01

**5. TYPE OF PRODUCT *(Required)***

[ ] WINE

[ ] DISTILLED SPIRITS

[x] MALT BEVERAGE

**6. BRAND NAME *(Required)***

BUD LIGHT LIME

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME *(If any)***

APPLE-AHHH-RITA

**9. EMAIL ADDRESS**

ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) *(If any)***

**11. FORMULA**

1199691

**12. NET CONTENTS**

1 PINT 9 FL. OZ. (25 FL. OZ.)

**13. ALCOHOL CONTENT**

8

**14. WINE APPELLATION IF ON LABEL**

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**

(314) 577-2693

**17. FAX NUMBER**

(314) 445-3766

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. [x] CERTIFICATE OF LABEL APPROVAL

b. [ ] CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)

c. [ ] DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ___ ___ (Fill in amount)

d. [ ] RESUBMISSION AFTER REJECTION TTB ID. NO. _____

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES, SUCH AS, ALCOHOL CONTENT, DEPOSIT LANGUAGE, AND CONTAINS ALCOHOL MAY BE IMPRINTED ON THE LABEL OR OTHERWISE AFFIXED TO THE BOTTLE OR CAN. RETURNABLE OR NON-RETURNABLE MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 05/29/2014 | (Application was e-filed) | ROSEMARY SCHWARTZ |

### PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 06/17/2014 | *Kent B. Martin* |

### FOR TTB USE ONLY

**QUALIFICATIONS**

TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.
EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.
Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

MALT BEVERAGES SPECIALITIES - FLAVORED

**EXPIRATION DATE (If any)**

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 9.18 inches W X 7.56 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020  (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU

# APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL

(See Instructions and Paperwork Reduction Act Notice on Back)

**TTB ID**
13249001000318

**1. REP. ID. NO. (If any)**

| CT | OR |
|---|---|
| 906 | 29 |

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**
BR-MO-20000

**3. SOURCE OF PRODUCT (Required)**
☑ Domestic
☐ Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

ANHEUSER-BUSCH (Used on label)

**4. SERIAL NUMBER (Required)**
13CA01

**5. TYPE OF PRODUCT (Required)**
☐ WINE
☐ DISTILLED SPIRITS
☑ MALT BEVERAGE

**6. BRAND NAME (Required)**
BUD LIGHT LIME

**7. FANCIFUL NAME (If any)**
CRAN-BRRR-RITA

**8a. MAILING ADDRESS, IF DIFFERENT**

**9. EMAIL ADDRESS**
ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) (If any)**

**11. FORMULA**
1184305

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. ☑ CERTIFICATE OF LABEL APPROVAL

b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)

c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount)

d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____

**12. NET CONTENTS**
1 PINT 9 FL. OZ. (25 FL. OZ.)

**13. ALCOHOL CONTENT**
8.0

**14. WINE APPELLATION IF ON LABEL**

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**
(314) 577-2693

**17. FAX NUMBER**
(314) 445-3766

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES, SUCH AS, ALCOHOL CONTENT, DEPOSIT LANGUAGE, AND CONTAINS ALCOHOL MAY BE IMPRINTED ON THE LABEL OR OTHERWISE AFFIXED TO THE BOTTLE OR CAN. RETURNABLE OR NON-RETURNABLE MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 09/06/2013 | (Application was e-filed) | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 09/15/2013 | *Kent B. Martin* |

## FOR TTB USE ONLY

**QUALIFICATIONS**

EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.
Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.
TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

MALT BEVERAGES SPECIALTIES - FLAVORED

**EXPIRATION DATE (If any)**

---

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 9.18 inches W X 7.56 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020  (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| **TTB ID** 13289001000079 | **ALCOHOL AND TOBACCO TAX AND TRADE BUREAU** **APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL** (See Instructions and Paperwork Reduction Act Notice on Back) |

**1. REP. ID. NO. (If any)**

| CT | OR |
|---|---|
| 906 | 29 |

## PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)* BR-MO-20000 | 3. SOURCE OF PRODUCT *(Required)* ☑ Domestic ☐ Imported | 8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL **(Required)** ANHEUSER-BUSCH, LLC 1 BUSCH PL SAINT LOUIS MO 63118 ANHEUSER-BUSCH (Used on label) |
|---|---|---|
| **4. SERIAL NUMBER** *(Required)* 13AB01 | **5. TYPE OF PRODUCT** *(Required)* ☐ WINE ☐ DISTILLED SPIRITS ☑ MALT BEVERAGE | |

| 6. BRAND NAME *(Required)* BUD LIGHT LIME | 8a. MAILING ADDRESS, IF DIFFERENT |
|---|---|
| 7. FANCIFUL NAME *(If any)* MANG-O-RITA | |

| 9. EMAIL ADDRESS ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM | 10. GRAPE VARIETAL(S) *(If any)* | 11. FORMULA 1184296 | 18. TYPE OF APPLICATION (Check applicable box(es)) |
|---|---|---|---|
| 12. NET CONTENTS 1 PINT 9 FL. OZ. (25 FL. OZ.) 1 PT. (16 FL. OZ.) | 13. ALCOHOL CONTENT 8.0 | 14. WINE APPELLATION IF ON LABEL | a. ☑ CERTIFICATE OF LABEL APPROVAL b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.) |
| 15. WINE VINTAGE DATE IF ON LABEL | 16. PHONE NUMBER (314) 577-2693 | 17. FAX NUMBER (314) 445-3766 | c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount) d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____ |

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES, SUCH AS, ALCOHOL CONTENT, DEPOSIT LANGUAGE, AND CONTAINS ALCOHOL MAY BE IMPRINTED ON THE LABEL OR OTHERWISE AFFIXED TO THE BOTTLE OR CAN. RETURNABLE OR NON-RETURNABLE MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 10/16/2013 | (Application was e-filed) | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 10/29/2013 | *Kent B. Martin* |

## FOR TTB USE ONLY

**QUALIFICATIONS**

EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.
Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.
TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

MALT BEVERAGES SPECIALTIES - FLAVORED

**EXPIRATION DATE (If any)**

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 9.18 inches W X 7.56 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



**TTB F 5100.31** (7/2012) PREVIOUS EDITIONS ARE OBSOLETE

OMB No. 1513-0020   (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| **TTB ID**<br>13301001000404 | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>**APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL**<br>(See Instructions and Paperwork Reduction Act Notice on Back) |

**1. REP. ID. NO. (If any)**    CT 906    OR 29

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)***
BR-MO-20000

**3. SOURCE OF PRODUCT *(Required)***
☑ Domestic
☐ Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL *(Required)***

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

ANHEUSER-BUSCH (Used on label)

**4. SERIAL NUMBER *(Required)***
13AB02

**5. TYPE OF PRODUCT *(Required)***
☐ WINE
☐ DISTILLED SPIRITS
☑ MALT BEVERAGE

**6. BRAND NAME *(Required)***
BUD LIGHT LIME

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME *(If any)***
MANG-O-RITA

**9. EMAIL ADDRESS**
ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) *(If any)***

**11. FORMULA**
1189009

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. ☑ CERTIFICATE OF LABEL APPROVAL

b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)

c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount)

d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____

**12. NET CONTENTS**
1 PT. (16 FL. OZ.)
1 PINT 9 FL. OZ. (25 FL. OZ.)

**13. ALCOHOL CONTENT**
6.0

**14. WINE APPELLATION IF ON LABEL**

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**
(314) 577-2693

**17. FAX NUMBER**
(314) 445-3766

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES, SUCH AS, ALCOHOL CONTENT, DEPOSIT LANGUAGE, AND CONTAINS ALCOHOL MAY BE IMPRINTED ON THE LABEL OR OTHERWISE AFFIXED TO THE BOTTLE OR CAN. RETURNABLE OR NON-RETURNABLE MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION<br><br>10/28/2013 | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT<br>(Application was e-filed) | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT<br><br>ROSEMARY SCHWARTZ |
|---|---|---|

| PART III - TTB CERTIFICATE |
|---|
| This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form. |

| 23. DATE ISSUED<br><br>11/30/2013 | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br><br>*Kent B. Martin* |
|---|---|

| FOR TTB USE ONLY | |
|---|---|
| **QUALIFICATIONS**<br>TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.<br>Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.<br>EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.<br><br>**STATUS**<br>THE STATUS IS APPROVED.<br><br>**CLASS/TYPE DESCRIPTION**<br>MALT BEVERAGES SPECIALITIES - FLAVORED | **EXPIRATION DATE (If any)** |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 9.18 inches W X 7.56 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



**TTB F 5100.31**  (7/2012) PREVIOUS EDITIONS ARE OBSOLETE

OMB No. 1513-0020  (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|

**FOR TTB USE ONLY**

**TTB ID**
13289001000090

| 1. REP. ID. NO. (If any) | CT | OR |
|---|---|---|
| | 906 | 29 |

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU
**APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL**
(See Instructions and Paperwork Reduction Act Notice on Back)

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**
BR-MO-20000

**3. SOURCE OF PRODUCT (Required)**
☑ Domestic
☐ Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

ANHEUSER-BUSCH (Used on label)

**4. SERIAL NUMBER (Required)**
13AC01

**5. TYPE OF PRODUCT (Required)**
☐ WINE
☐ DISTILLED SPIRITS
☑ MALT BEVERAGE

**6. BRAND NAME (Required)**
BUD LIGHT LIME

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME (If any)**
RAZ-BER-RITA

**9. EMAIL ADDRESS**
ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) (If any)**

**11. FORMULA**
1187907

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. ☑ CERTIFICATE OF LABEL APPROVAL

**12. NET CONTENTS**
1 PINT 9 FL. OZ. (25 FL. OZ.)
1 PT. (16 FL. OZ.)

**13. ALCOHOL CONTENT**
8.0

**14. WINE APPELLATION IF ON LABEL**

b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**
(314) 577-2693

**17. FAX NUMBER**
(314) 445-3766

c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount)

d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES, SUCH AS, ALCOHOL CONTENT, DEPOSIT LANGUAGE, AND CONTAINS ALCOHOL MAY BE IMPRINTED ON THE LABEL OR OTHERWISE AFFIXED TO THE BOTTLE OR CAN. RETURNABLE OR NON-RETURNABLE MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 10/16/2013 | (Application was e-filed) | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 10/24/2013 | Kent B. Martin |

## FOR TTB USE ONLY

**QUALIFICATIONS**

EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.
Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.
TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

MALT BEVERAGES SPECIALTIES - FLAVORED

**EXPIRATION DATE (If any)**

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 9.18 inches W X 7.56 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020 (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |

**TTB ID**

13311001000262

**DEPARTMENT OF THE TREASURY**
**ALCOHOL AND TOBACCO TAX AND TRADE BUREAU**

# APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL

(See Instructions and Paperwork Reduction Act Notice on Back)

**1. REP. ID. NO. (If any)**

| CT | OR |
|---|---|
| 906 | 29 |

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**

BR-MO-20000

**3. SOURCE OF PRODUCT (Required)**

[x] Domestic

[ ] Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

ANHEUSER-BUSCH (Used on label)

**4. SERIAL NUMBER (Required)**

13AC02

**5. TYPE OF PRODUCT (Required)**

[ ] WINE

[ ] DISTILLED SPIRITS

[x] MALT BEVERAGE

**6. BRAND NAME (Required)**

BUD LIGHT LIME

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME (If any)**

RAZ-BER-RITA

**9. EMAIL ADDRESS**

ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) (If any)**

**11. FORMULA**

1189258

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. [x] CERTIFICATE OF LABEL APPROVAL

**12. NET CONTENTS**

1 PT. (16 FL. OZ.)
1 PINT 9 oz. (25 FL. OZ.)

**13. ALCOHOL CONTENT**

6.0

**14. WINE APPELLATION IF ON LABEL**

b. [ ] CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**

(314) 577-2693

**17. FAX NUMBER**

(314) 445-3766

c. [ ] DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ___ ___ (Fill in amount)

d. [ ] RESUBMISSION AFTER REJECTION TTB ID. NO. _____

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES, SUCH AS, ALCOHOL CONTENT, DEPOSIT LANGUAGE, AND CONTAINS ALCOHOL MAY BE IMPRINTED ON THE LABEL OR OTHERWISE AFFIXED TO THE BOTTLE OR CAN. RETURNABLE OR NON-RETURNABLE MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 11/07/2013 | (Application was e-filed) | ROSEMARY SCHWARTZ |

### PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 12/05/2013 | *Kent B. Martin* |

### FOR TTB USE ONLY

| | EXPIRATION DATE (If any) |
|---|---|
| **QUALIFICATIONS** | |
| TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable. EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING. Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1. | |
| **STATUS** | |
| THE STATUS IS APPROVED. | |
| **CLASS/TYPE DESCRIPTION** | |
| MALT BEVERAGES SPECIALITIES - FLAVORED | |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 9.18 inches W X 7.56 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020  (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| | **ALCOHOL AND TOBACCO TAX AND TRADE BUREAU** |
| **TTB ID** | **APPLICATION FOR AND** |
| 12310001000166 | **CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL** |
| | *(See Instructions and Paperwork Reduction Act Notice on Back)* |

| 1. REP. ID. NO. (If any) | CT | OR |
|---|---|---|
| | 906 | 29 |

## PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)* | 3. SOURCE OF PRODUCT *(Required)* | 8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL **(Required)** |
|---|---|---|
| BR-MO-20000 | ☑ Domestic<br>☐ Imported | ANHEUSER-BUSCH, LLC<br>1 BUSCH PL<br><br>SAINT LOUIS MO 63118<br><br>ANHEUSER-BUSCH (Used on label) |

| 4. SERIAL NUMBER *(Required)* | 5. TYPE OF PRODUCT *(Required)* | |
|---|---|---|
| 12SU02 | ☐ WINE<br>☐ DISTILLED SPIRITS<br>☑ MALT BEVERAGE | |

| 6. BRAND NAME *(Required)* | 8a. MAILING ADDRESS, IF DIFFERENT |
|---|---|
| BUD LIGHT LIME | |

| 7. FANCIFUL NAME *(If any)* | |
|---|---|
| STRAW-BER-RITA | |

| 9. EMAIL ADDRESS | 10. GRAPE VARIETAL(S) *(If any)* | 11. FORMULA | 18. TYPE OF APPLICATION (Check applicable box(es)) |
|---|---|---|---|
| ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM | | 1171479 | a. ☑ CERTIFICATE OF LABEL APPROVAL |
| **12. NET CONTENTS**<br>8 FL. OZ. | **13. ALCOHOL CONTENT**<br>6.0 | **14. WINE APPELLATION IF ON LABEL** | b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.) |
| **15. WINE VINTAGE DATE IF ON LABEL** | **16. PHONE NUMBER**<br>(314) 577-2693 | **17. FAX NUMBER**<br>(314) 445-3766 | c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE _____ _____ (Fill in amount) |
| | | | d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____ |

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL, IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES (ALCOHOL CONTENT, DEPOSIT LANGUAGE). ¿RETURNABLE¿ OR ¿NON-RETURNABLE¿ MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | |
|---|---|

| 20. DATE OF APPLICATION | (Application was e-filed) | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 11/05/2012 | | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 11/12/2012 | *Kent B. Martin* |

## FOR TTB USE ONLY

**QUALIFICATIONS**

TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.
EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.
Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

MALT BEVERAGES SPECIALTIES - FLAVORED

**EXPIRATION DATE (If any)**

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 7.19 inches W X 4.10 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020   (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| **TTB ID**<br>12310001000161 | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>**APPLICATION FOR AND**<br>**CERTIFICATION/EXEMPTION OF LABEL/BOTTLE**<br>**APPROVAL**<br>*(See Instructions and Paperwork Reduction Act Notice on Back)* |

**1. REP. ID. NO. (If any)**

| CT | OR |
|---|---|
| 906 | 29 |

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)***
BR-MO-20000

**3. SOURCE OF PRODUCT *(Required)***
☑ Domestic
☐ Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL. *(Required)***

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

ANHEUSER-BUSCH (Used on label)

**4. SERIAL NUMBER *(Required)***
12SU01

**5. TYPE OF PRODUCT *(Required)***
☐ WINE
☐ DISTILLED SPIRITS
☑ MALT BEVERAGE

**6. BRAND NAME *(Required)***
BUD LIGHT LIME

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME *(If any)***
STRAW-BER-RITA

**9. EMAIL ADDRESS**
ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) *(If any)***

**11. FORMULA**
1171347

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. ☑ CERTIFICATE OF LABEL APPROVAL

**12. NET CONTENTS**
8 FL. OZ.

**13. ALCOHOL CONTENT**
8.0

**14. WINE APPELLATION IF ON LABEL**

b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**
(314) 577-2693

**17. FAX NUMBER**
(314) 445-3766

c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE _____ _____ (Fill in amount)

d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL, IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES (ALCOHOL CONTENT, DEPOSIT LANGUAGE). ¿RETURNABLE¿ OR ¿NON-RETURNABLE¿ MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

**21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT**

| 20. DATE OF APPLICATION | (Application was e-filed) | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 11/05/2012 | | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 11/12/2012 | *Kent B. Martin* |

## FOR TTB USE ONLY

| QUALIFICATIONS | EXPIRATION DATE (If any) |
|---|---|
| TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable. EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING. Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1. **STATUS** THE STATUS IS APPROVED. **CLASS/TYPE DESCRIPTION** MALT BEVERAGES SPECIALITIES - FLAVORED | |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 7.19 inches W X 4.10 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



**TTB F 5100.31**  (7/2012) PREVIOUS EDITIONS ARE OBSOLETE

OMB No. 1513-0020  (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|

ALCOHOL AND TOBACCO TAX AND TRADE BUREAU

## APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL

(See Instructions and Paperwork Reduction Act Notice on Back)

**TTB ID**
13186001000342

**1. REP. ID. NO. (If any)**

| CT | OR |
|---|---|
| 906 | 29 |

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**
BR-MO-20000

**3. SOURCE OF PRODUCT (Required)**
☑ Domestic
☐ Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

ANHEUSER-BUSCH (Used on label)

**4. SERIAL NUMBER (Required)**
13SU07

**5. TYPE OF PRODUCT (Required)**
☐ WINE
☐ DISTILLED SPIRITS
☑ MALT BEVERAGE

**6. BRAND NAME (Required)**
BUD LIGHT LIME

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME (If any)**
STRAW-BER-RITA

**9. EMAIL ADDRESS**
ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) (If any)**

**11. FORMULA**
1171479

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. ☑ CERTIFICATE OF LABEL APPROVAL

**12. NET CONTENTS**
8 FL. OZ.

**13. ALCOHOL CONTENT**
6.0

**14. WINE APPELLATION IF ON LABEL**

b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**
(314) 577-2693

**17. FAX NUMBER**
(314) 445-3766

c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount)

d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES, SUCH AS, ALCOHOL CONTENT, DEPOSIT LANGUAGE, AND CONTAINS ALCOHOL MAY BE IMPRINTED ON THE LABEL OR OTHERWISE AFFIXED TO THE BOTTLE OR CAN. RETURNABLE OR NON-RETURNABLE MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 07/05/2013 | (Application was e-filed) | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 07/14/2013 | *Kent B. Martin* |

## FOR TTB USE ONLY

**QUALIFICATIONS**

Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1. EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.
TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.

**EXPIRATION DATE (If any)**

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

MALT BEVERAGES SPECIALITIES - FLAVORED

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 7.19 inches W X 4.10 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



**TTB F 5100.31** (7/2012) PREVIOUS EDITIONS ARE OBSOLETE

OMB No. 1513-0020  (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |

**TTB ID**

13186001000344

### DEPARTMENT OF THE TREASURY
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU
## APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL
(See Instructions and Paperwork Reduction Act Notice on Back)

**1. REP. ID. NO. (If any)**

| CT | OR |
|---|---|
| 906 | 29 |

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**

BR-MO-20000

**3. SOURCE OF PRODUCT (Required)**

- ☑ Domestic
- ☐ Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

ANHEUSER-BUSCH (Used on label)

**4. SERIAL NUMBER (Required)**

13SU08

**5. TYPE OF PRODUCT (Required)**

- ☐ WINE
- ☐ DISTILLED SPIRITS
- ☑ MALT BEVERAGE

**6. BRAND NAME (Required)**

BUD LIGHT LIME

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME (If any)**

STRAW-BER-RITA

**9. EMAIL ADDRESS**

ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) (If any)**

**11. FORMULA**

1171347

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. ☑ CERTIFICATE OF LABEL APPROVAL

b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL
"For sale in _____ only" (Fill in State abbreviation.)

c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ___ ___ (Fill in amount)

d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____

**12. NET CONTENTS**

8 FL. OZ.

**13. ALCOHOL CONTENT**

8.0

**14. WINE APPELLATION IF ON LABEL**

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**

(314) 577-2693

**17. FAX NUMBER**

(314) 445-3766

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES, SUCH AS, ALCOHOL CONTENT, DEPOSIT LANGUAGE, AND CONTAINS ALCOHOL MAY BE IMPRINTED ON THE LABEL OR OTHERWISE AFFIXED TO THE BOTTLE OR CAN. RETURNABLE OR NON-RETURNABLE MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 07/05/2013 | (Application was e-filed) | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 07/14/2013 | *Kent B. Martin* |

## FOR TTB USE ONLY

**QUALIFICATIONS**

Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.
EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.
TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

MALT BEVERAGES SPECIALTIES - FLAVORED

**EXPIRATION DATE (If any)**

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 7.19 inches W X 4.10 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



**TTB F 5100.31**  (7/2012) PREVIOUS EDITIONS ARE OBSOLETE

OMB No. 1513-0020  (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| | **ALCOHOL AND TOBACCO TAX AND TRADE BUREAU** |

**TTB ID**

13073001000555

### DEPARTMENT OF THE TREASURY
#### APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL
(See Instructions and Paperwork Reduction Act Notice on Back)

| 1. REP. ID. NO. (If any) | CT | OR |
|---|---|---|
| | 906 | 29 |

## PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)* | 3. SOURCE OF PRODUCT *(Required)* |
|---|---|
| BR-MO-20000 | ☑ Domestic  ☐ Imported |

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

ANHEUSER-BUSCH (Used on label)

| 4. SERIAL NUMBER *(Required)* | 5. TYPE OF PRODUCT *(Required)* |
|---|---|
| 13SU02 | ☐ WINE  ☐ DISTILLED SPIRITS  ☑ MALT BEVERAGE |

| 6. BRAND NAME *(Required)* | 8a. MAILING ADDRESS, IF DIFFERENT |
|---|---|
| BUD LIGHT LIME | |
| **7. FANCIFUL NAME** *(If any)* | |
| STRAW-BER-RITA | |

| 9. EMAIL ADDRESS | 10. GRAPE VARIETAL(S) *(If any)* | 11. FORMULA | 18. TYPE OF APPLICATION (Check applicable box(es)) |
|---|---|---|---|
| ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM | | 1171479 | a. ☑ CERTIFICATE OF LABEL APPROVAL |
| **12. NET CONTENTS** 1 PINT 9 FL. OZ. (25 FL. OZ.) | **13. ALCOHOL CONTENT** 6.0 | **14. WINE APPELLATION IF ON LABEL** | b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.) |
| **15. WINE VINTAGE DATE IF ON LABEL** | **16. PHONE NUMBER** (314) 577-2693 | **17. FAX NUMBER** (314) 445-3766 | c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount) |
| | | | d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____ |

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL, IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES (ALCOHOL CONTENT, DEPOSIT LANGUAGE). ¿RETURNABLE¿ OR ¿NON-RETURNABLE¿ MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

**21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT**

| 20. DATE OF APPLICATION | (Application was e-filed) | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 03/14/2013 | | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 03/27/2013 | *Kent B. Martin* |

## FOR TTB USE ONLY

**QUALIFICATIONS**

EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.
Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.
TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

MALT BEVERAGES SPECIALITIES - FLAVORED

**EXPIRATION DATE (If any)**

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 9.19 inches W X 7.52 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020  (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |

**TTB ID**
13073001000549

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU
## APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL
(See Instructions and Paperwork Reduction Act Notice on Back)

**1. REP. ID. NO. (If any)**

| CT | OR |
|---|---|
| 906 | 29 |

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**
BR-MO-20000

**3. SOURCE OF PRODUCT (Required)**
☑ Domestic
☐ Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

ANHEUSER-BUSCH (Used on label)

**4. SERIAL NUMBER (Required)**
13SU01

**5. TYPE OF PRODUCT (Required)**
☐ WINE
☐ DISTILLED SPIRITS
☑ MALT BEVERAGE

**6. BRAND NAME (Required)**
BUD LIGHT LIME

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME (If any)**
STRAW-BER-RITA

**9. EMAIL ADDRESS**
ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) (If any)**

**11. FORMULA**
1171347

**18. TYPE OF APPLICATION (Check applicable box(es))**
a. ☑ CERTIFICATE OF LABEL APPROVAL

**12. NET CONTENTS**
1 PINT 9 FL.OZ. (25 FL. OZ.)

**13. ALCOHOL CONTENT**
8.0

**14. WINE APPELLATION IF ON LABEL**

b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**
(314) 577-2693

**17. FAX NUMBER**
(314) 445-3766

c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount)

d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL, IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES (ALCOHOL CONTENT, DEPOSIT LANGUAGE). ¿RETURNABLE¿ OR ¿NON-RETURNABLE¿ MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

**21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT**

| 20. DATE OF APPLICATION | (Application was e-filed) | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 03/14/2013 | | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 03/27/2013 | *Kent B. Martin* |

## FOR TTB USE ONLY

| QUALIFICATIONS | EXPIRATION DATE (If any) |
|---|---|
| EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING. Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1. TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable. **STATUS** THE STATUS IS APPROVED. **CLASS/TYPE DESCRIPTION** MALT BEVERAGES SPECIALITIES - FLAVORED | |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 9.19 inches W X 7.52 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



TTB F 5100.31  (7/2012) PREVIOUS EDITIONS ARE OBSOLETE

OMB No. 1513-0020  (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY<br>ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>**APPLICATION FOR AND<br>CERTIFICATION/EXEMPTION OF LABEL/BOTTLE<br>APPROVAL**<br>(See Instructions and Paperwork Reduction Act Notice on Back) |
|---|---|

**TTB ID**
13161001000086

| 1. REP. ID. NO. (If any) | CT | OR |
|---|---|---|
| | 906 | 29 |

## PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)*<br>BR-MO-20000 | 3. SOURCE OF PRODUCT *(Required)*<br>☑ Domestic<br>☐ Imported | 8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL **(Required)**<br><br>ANHEUSER-BUSCH, LLC<br>1 BUSCH PL<br><br>SAINT LOUIS MO 63118<br><br>ANHEUSER-BUSCH (Used on label) |
|---|---|---|
| 4. SERIAL NUMBER *(Required)*<br>13SU03 | 5. TYPE OF PRODUCT *(Required)*<br>☐ WINE<br>☐ DISTILLED SPIRITS<br>☑ MALT BEVERAGE | |

| 6. BRAND NAME *(Required)*<br>BUD LIGHT LIME | 8a. MAILING ADDRESS, IF DIFFERENT |
|---|---|
| 7. FANCIFUL NAME *(If any)*<br>STRAW-BER-RITA | |

| 9. EMAIL ADDRESS<br>ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM | 10. GRAPE VARIETAL(S) *(If any)* | 11. FORMULA<br><br>1171347 | 18. TYPE OF APPLICATION (Check applicable box(es))<br>a. ☑ CERTIFICATE OF LABEL APPROVAL |
|---|---|---|---|
| 12. NET CONTENTS<br>1 PINT 9 FL. OZ.<br>1 PT. 8 FL. OZ. (24 FL. OZ.)<br>1 PT. (16 FL. OZ.) | 13. ALCOHOL CONTENT<br>8.0 | 14. WINE APPELLATION IF ON LABEL | b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL<br>"For sale in _____ only" (Fill in State abbreviation.) |
| 15. WINE VINTAGE DATE IF ON LABEL | 16. PHONE NUMBER<br>(314) 577-2693 | 17. FAX NUMBER<br>(314) 445-3766 | c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE _____ _____ (Fill in amount)<br><br>d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____ |

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES, SUCH AS, ALCOHOL CONTENT, DEPOSIT LANGUAGE, AND CONTAINS ALCOHOL MAY BE IMPRINTED ON THE LABEL OR OTHERWISE AFFIXED TO THE BOTTLE OR CAN. RETURNABLE OR NON-RETURNABLE MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and

complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION<br>06/10/2013 | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT<br>(Application was e-filed) | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT<br>ROSEMARY SCHWARTZ |
|---|---|---|

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED<br>06/18/2013 | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>Kent B. Martin |
|---|---|

## FOR TTB USE ONLY

| QUALIFICATIONS | EXPIRATION DATE (If any) |
|---|---|
| TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.<br>EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.<br>Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1.<br><br>**STATUS**<br>THE STATUS IS APPROVED.<br><br>**CLASS/TYPE DESCRIPTION**<br>MALT BEVERAGES SPECIALITIES - FLAVORED | |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 9.18 inches W X 7.51 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020  (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| **TTB ID**<br>13186001000334 | **ALCOHOL AND TOBACCO TAX AND TRADE BUREAU**<br>**APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL**<br>(See Instructions and Paperwork Reduction Act Notice on Back) |

**1. REP. ID. NO. (If any)**

| | CT | OR |
|---|---|---|
| | 906 | 29 |

## PART I - APPLICATION

| **2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**<br>BR-MO-20000 | **3. SOURCE OF PRODUCT (Required)**<br>☑ Domestic<br>☐ Imported | **8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**<br><br>ANHEUSER-BUSCH, LLC<br>1 BUSCH PL<br><br>SAINT LOUIS MO 63118<br><br>ANHEUSER-BUSCH (Used on label) |
| **4. SERIAL NUMBER (Required)**<br>13SU05 | **5. TYPE OF PRODUCT (Required)**<br>☐ WINE<br>☐ DISTILLED SPIRITS<br>☑ MALT BEVERAGE | |

| **6. BRAND NAME (Required)**<br>BUD LIGHT LIME | **8a. MAILING ADDRESS, IF DIFFERENT** |
|---|---|
| **7. FANCIFUL NAME (If any)**<br>STRAW-BER-RITA | |

| **9. EMAIL ADDRESS**<br>ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM | **10. GRAPE VARIETAL(S) (If any)** | **11. FORMULA**<br>1171479 | **18. TYPE OF APPLICATION (Check applicable box(es))**<br>a. ☑ CERTIFICATE OF LABEL APPROVAL |
|---|---|---|---|
| **12. NET CONTENTS**<br>1 PINT 9 FL. OZ. (25 FL. OZ.)<br>1 PT. 8 FL. OZ. (24 FL. OZ.)<br>1 PT. (16 FL. OZ.) | **13. ALCOHOL CONTENT**<br>6.0 | **14. WINE APPELLATION IF ON LABEL** | b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL<br>"For sale in _____ only" (Fill in State abbreviation.) |
| **15. WINE VINTAGE DATE IF ON LABEL** | **16. PHONE NUMBER**<br>(314) 577-2693 | **17. FAX NUMBER**<br>(314) 445-3766 | c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE _____ _____ (Fill in amount)<br><br>d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____ |

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES, SUCH AS, ALCOHOL CONTENT, DEPOSIT LANGUAGE, AND CONTAINS ALCOHOL MAY BE IMPRINTED ON THE LABEL OR OTHERWISE AFFIXED TO THE BOTTLE OR CAN. RETURNABLE OR NON-RETURNABLE MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and

complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 07/05/2013 | (Application was e-filed) | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

**This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.**

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 07/14/2013 | *Kent B. Martin* |

---

## FOR TTB USE ONLY

| | EXPIRATION DATE (If any) |
|---|---|
| **QUALIFICATIONS**<br><br>TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.<br>Approved pending rulemaking on statements of average analysis.<br>EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING.<br><br>**STATUS**<br><br>THE STATUS IS APPROVED.<br><br>**CLASS/TYPE DESCRIPTION**<br><br>MALT BEVERAGES SPECIALITIES - FLAVORED | |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 9.18 inches W X 7.51 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



OMB No. 1513-0020 (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU

## APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL

(See Instructions and Paperwork Reduction Act Notice on Back)

**TTB ID**
13186001000338

**1. REP. ID. NO. (If any)**

| CT | OR |
|---|---|
| 906 | 29 |

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**
BR-MO-20000

**3. SOURCE OF PRODUCT (Required)**
[x] Domestic
[ ] Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

ANHEUSER-BUSCH, LLC
1 BUSCH PL

SAINT LOUIS MO 63118

ANHEUSER-BUSCH (Used on label)

**4. SERIAL NUMBER (Required)**
13SU06

**5. TYPE OF PRODUCT (Required)**
[ ] WINE
[ ] DISTILLED SPIRITS
[x] MALT BEVERAGE

**6. BRAND NAME (Required)**
BUD LIGHT LIME

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME (If any)**
STRAW-BER-RITA

**9. EMAIL ADDRESS**
ROSEMARY.SCHWARTZ@ANHEUSER-BUSCH.COM

**10. GRAPE VARIETAL(S) (If any)**

**11. FORMULA**
1171347

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. [x] CERTIFICATE OF LABEL APPROVAL

**12. NET CONTENTS**
1 PINT 9 FL. OZ. (25 FL. OZ.)
1 PT. 8 FL. OZ. (24 FL. OZ.)
1 PT. (16 FL. OZ.)

**13. ALCOHOL CONTENT**
8.0

**14. WINE APPELLATION IF ON LABEL**

b. [ ] CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL
"For sale in _____ only" (Fill in State abbreviation.)

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**
(314) 577-2693

**17. FAX NUMBER**
(314) 445-3766

c. [ ] DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount)

d. [ ] RESUBMISSION AFTER REJECTION TTB ID. NO. _____

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
FRESHNESS DATE CODE AND WEBSITE. KOSHER SYMBOL IF APPLICABLE TO BRAND. ANY WORDING REQUIRED BY STATES, SUCH AS, ALCOHOL CONTENT, DEPOSIT LANGUAGE, AND CONTAINS ALCOHOL MAY BE IMPRINTED ON THE LABEL OR OTHERWISE AFFIXED TO THE BOTTLE OR CAN. RETURNABLE OR NON-RETURNABLE MAY APPEAR ON BOTTLE LABELS. PLACE OF PRODUCTION CODING.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and

complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 07/05/2013 | (Application was e-filed) | ROSEMARY SCHWARTZ |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 07/14/2013 | *Kent B. Martin* |

### FOR TTB USE ONLY

| QUALIFICATIONS | EXPIRATION DATE (If any) |
|---|---|
| EACH CONTAINER MUST BE CODED TO INDICATE ACTUAL PLACE OF BOTTLING. Approved pending rulemaking on light (lite) and carbohydrate representations. See TTB Ruling 2004-1. TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable. | |

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

MALT BEVERAGES SPECIALITIES - FLAVORED

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 9.18 inches W X 7.51 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.

