1  PETER B. MORRISON (State Bar No. 230148)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone: (213) 687-5000
   Facsimile: (213) 687-5600
4
   EDWARD M. CRANE (*pro hac vice*)
5  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   155 N. Wacker Drive
6  Chicago, Illinois 60614
   Telephone: (312) 407-0700
7  Facsimile: (312) 407-0411

8  Attorneys for Defendant
   Anheuser-Busch, LLC
9
   CHRISTOPHER P. RIDOUT (State Bar No. 143931)
10 CALEB MARKER (State Bar No. 269721)
   RIDOUT LYON + OTTOSON LLP
11 555 E. Ocean Blvd., Suite 500
   Long Beach, CA 90802
12 Telephone: (562) 216-7380
   Facsimile: (562) 216-7385
13
   KEVIN MAHONEY (State Bar No. 235367)
14 SAM KIM (Sate Bar No. 258467)
   NICK POPER (State Bar No. 293900)
15 MAHONEY LAW GROUP, APC
   249 E. Ocean Blvd., Suite 814
16 Long Beach, CA 90802
   Telephone: (562) 590-5550
17 Facsimile: (562) 590-8400

18 Attorneys for Plaintiffs Sheila Cruz,
   Deborah Esparza, and Catherine Silas
19

20              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
21                    **WESTERN DIVISION**

22 SHEILA CRUZ, *et al.*,            )  Case No. 2:14-cv-09670-AB-AS
                                     )
23         Plaintiffs,                )  **STIPULATION TO (1) SET**
                                     )  **BRIEFING SCHEDULE ON**
24     v.                             )  **DEFENDANT'S MOTION TO**
                                     )  **DISMISS; (2) VACATE L.R. 23-3**
25 ANHEUSER-BUSCH, LLC,              )  **DEADLINE FOR FILING CLASS**
                                     )  **CERTIFICATION MOTION; AND**
26         Defendant.                 )  **(3) STAY DISCOVERY PENDING**
                                     )  **RESOLUTION OF MOTION TO**
27                                   )  **DISMISS**
                                     )
28

Stipulation Extending Motion to Dismiss Briefing Schedule and Other Deadlines

Plaintiffs Sheila Cruz, Debora Esparza, and Catherine Silas ("Plaintiffs") and Defendant Anheuser-Busch, LLC ("Defendant" or "A-B") (together, the "Parties") hereby submit this agreed stipulation to (1) set a briefing schedule on Defendant's motion to dismiss Plaintiffs' First Amended Complaint; (2) vacate the current deadline for Plaintiffs to seek class certification pursuant to Local Rule 23-3; and (3) stay all discovery pending resolution of Defendant's motion to dismiss. In support hereof, the Parties state the following:

1. Plaintiffs initially filed this action in the Superior Court of the State of California, Los Angeles County.

2. On December 18, 2014, A-B timely removed this action to this Court based on the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d), and authorized by 28 U.S.C. §§ 1441, 1446, and 1453.

3. On December 19, 2014, A-B filed a stipulation pursuant to Local Rule 8-3, extending the time for it to file an answer or otherwise respond to Plaintiffs' First Amended Complaint until January 23, 2015.

4. On January 23, 2015, A-B filed a motion to dismiss Plaintiffs' First Amended Complaint for lack of standing and failure to state a claim pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

5. In order to provide Plaintiffs sufficient time to address the issues raised in A-B's motion to dismiss, as well as to provide A-B sufficient time to address any arguments Plaintiffs make in opposition to that motion, the Parties have agreed to extend the briefing schedule on A-B's motion.

6. The Parties have agreed that Plaintiffs shall have until February 13, 2015 to file any response to A-B's motion to dismiss and that A-B shall have until March 2, 2015 to file any reply in support of its motion to dismiss.

7. Pursuant to the Parties' agreement, and subject to the Court's schedule, the hearing on A-B's motion to dismiss shall take place on March 16, 2015 at 10:00 a.m.

8. The Parties further agree to vacate the current deadline for Plaintiffs to file a motion for class certification pursuant to Local Rule 23-3. The Parties will address a schedule for class certification (if necessary), as part of any scheduling conference following ruling on A-B's motion to dismiss.

9. The Parties further agree to stay all discovery in this matter pending resolution of A-B's motion to dismiss.

Wherefore, the Parties respectfully request the Court to enter an order providing that:

(a) Plaintiffs shall have until February 13, 2015 to file a response to Defendant's motion to dismiss the First Amended Complaint;

(b) Defendant shall have until March 2, 2015 to file a reply in support of its motion to dismiss the First Amended Complaint;

(c) The hearing on Defendant's motion to dismiss shall take place on March 16, 2015 at 10:00 a.m.;

(d) The deadline for Plaintiffs to file their motion for class certification pursuant to Local Rule 23-3 is vacated, and the Court will address a schedule for class certification (if necessary) following its ruling on Defendant's motion to dismiss; and

(e) All discovery in this matter is stayed pending ruling on Defendant's motion to dismiss.

| | |
|---|---|
| 1 | DATED: January 23, 2015 |

                                                            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                                          By:    /s/ Peter B. Morrison
                                                                 Peter B. Morrison
                                                                Attorney for Defendant
                                                                Anheuser-Busch, LLC

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

RIDOUT LYON + OTTOSON LLP

                             By:    /s/ Christopher P. Ridout
                                        Christopher P. Ridout
                                        Attorney for Plaintiffs