NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| SHEILA CRUZ, *et al.*, | Case No. 14-cv-09670-AB-AS |
| Plaintiffs, | [PROPOSED] **ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE ON MOTION TO DISMISS, VACATE CURRENT DEADLINE FOR SEEKING CLASS CERTIFICATION, AND STAYING DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS** |
| v. | |
| ANHEUSER-BUSCH, LLC, | |
| Defendant. | |

This cause is before the Court on the parties' Stipulation to (1) Set Briefing Schedule on Defendant's Motion to Dismiss, (2) Vacate L.R. 23-3 Deadline for Filing Class Certification Motion, and (3) Stay Discovery Pending Resolution of Defendant's Motion to Dismiss. The Court has reviewed the request and for good cause shown it is hereby **GRANTED**.

Plaintiffs shall have until February 13, 2015 to file a response to Defendant's Motion to Dismiss, Defendant shall have until March 2, 2015 to file a reply in support of its Motion to Dismiss, and the hearing for Defendant's motion will be set for March 23, 2015 at 10:00 a.m.

The Court further vacates the current deadline for Plaintiffs to file a motion for class certification pursuant to L.R. 23-3 and stays all discovery in this matter pending resolution of Defendant's Motion to Dismiss.

**DONE AND ORDERED** in Chambers this 6 day of February, 2015.

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record.